# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Express Scripts, Inc. vs. FTC

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-1383 for the following party(s): (please specify)

Federal Trade Commission, Lina M. Khan, Rebecca Kelly Slaughter, Alvaro Bedoya, D. Michael Chappell,

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Joshua M. Salzman    s/: Joshua M. Salzman

Firm Name: U.S. Department of Justice, Civil Division, Appellate Staff

Business Address: 950 Pennsylvania Avenue NW

City/State/Zip: Washington, DC 20530

Telephone Number (Area Code): (202) 532-4747

Email Address: joshua.m.salzman@usdoj.gov

## CERTIFICATE OF SERVICE

☑ I hereby certify that on 2/24/25, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: