# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

EXPRESS SCRIPTS, INC.; EVERNORTH HEALTH, INC.; ASCENT HEALTH SERVICES LLC; MEDCO HEALTH SERVICES, INC.; CAREMARK RX, L.L.C.; ZINC HEALTH SERVICES, LLC; OPTUMRX, INC.; OPTUMRX HOLDINGS, LLC; EMISAR PHARMA SERVICES LLC,

*Plaintiffs-Appellants*,

v.

FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON *in his official capacity as Commissioner and Chair of the United States Federal Trade Commission*; REBECCA KELLY SLAUGHTER *in her official capacity as Commissioner of the United States Federal Trade Commission;* ALVARO M. BEDOYA *in his official capacity as Commissioner of the United States Federal Trade Commission*; D. MICHAEL CHAPPELL *in his official capacity as Federal Trade Commission Chief Administrative Law Judge*,

*Defendants-Appellees*.

On Appeal from the United States District Court for the Eastern District of Missouri, No. 4:24-cv-01549-MTS, Honorable Matthew T. Schelp

## JOINT MOTION TO HOLD APPEAL IN ABEYANCE

BRETT A. SHUMATE
ASSISTANT ATTORNEY GENERAL
DANIEL AGUILAR
ASSISTANT DIRECTOR, APPELLATE STAFF
CIVIL DIVISION
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
(202) 514-5432
Daniel.J.Aguilar@usdoj.gov

*Counsel for defendants-appellees*

DANIEL S. VOLCHOK
JENNIFER MILICI
PERRY A. LANGE
KEVIN M. LAMB
JOHN W. O'TOOLE
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
(202) 663-6000
daniel.volchok@wilmerhale.com

*Counsel for Express Scripts, Inc.; Evernorth Health, Inc.; Ascent Health Services LLC; and Medco Health Services, Inc.*

June 22, 2026

ENU MAINIGI
CRAIG D. SINGER
STEVEN M. PYSER
CHARLES L. MCCLOUD
PATRICK DEVER
CHRISTOPHER BALDACCI
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, D.C. 20024
(202) 434-5000

STEVEN A. ENGEL
MICHAEL COWIE
RANI HABASH
DECHERT LLP
1900 K Street N.W.
Washington, D.C. 20006
(202) 261-3481

*Counsel for Caremark Rx, L.L.C.
and Zinc Health Services, LLC*

MATTHEW S. ROZEN
GIBSON, DUNN & CRUTCHER LLP
1700 M Street N.W.
Washington, D.C. 20036
(202) 955-8500

*Counsel for OptumRx, Inc.;
OptumRx Holdings, LLC; and
Emisar Pharma Services LLC*

CHARLES F. RULE
DANIEL J. HOWLEY
DEREK W. MOORE
RULE GARZA HOWLEY LLP
901 Seventh Street N.W.
Suite 600
Washington, D.C. 20001
(202) 843-9280

*Counsel for Express Scripts, Inc.;
Evernorth Health, Inc.; Ascent Health
Services LLC; and Medco Health
Services, Inc.*

Oral argument in this case was held on November 19, 2025. The parties now jointly move the Court to hold the appeal in abeyance because the Federal Trade Commission (FTC) is considering negotiated resolutions of all the administrative proceedings that gave rise to this lawsuit, and if it approves those resolutions, then the plaintiffs will dismiss the lawsuit. Under these circumstances, considerations of judicial economy warrant an abeyance.

This appeal concerns a constitutional challenge to the Federal Trade Commission's adjudication of an administrative complaint filed against plaintiffs-appellants. Plaintiffs sought a preliminary injunction to halt the action pending this litigation and then an injunction pending appeal; both were denied.

In a series of steps over the past few months—the last of which occurred in recent days—the FTC has withdrawn from adjudication its complaint against all plaintiffs while it considers possible negotiated resolutions. (Defendants advised this Court about several earlier steps. *See* 2/13/2026 Ltr.; 4/14/2026 Ltr.) Should the Commission approve settlements with all plaintiffs and dismiss its administrative complaint, plaintiffs will dismiss this action, obviating the need for this Court to resolve their appeal. To avoid a possible waste of judicial resources, the Court should therefore hold this appeal in abeyance.

If this motion is granted, the parties will promptly notify the Court of any additional relevant developments.

June 22, 2026

BRETT A. SHUMATE
ASSISTANT ATTORNEY GENERAL
DANIEL AGUILAR
ASSISTANT DIRECTOR, APPELLATE STAFF
CIVIL DIVISION
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
(202) 514-5432
Daniel.J.Aguilar@usdoj.gov

*Counsel for defendants-appellees*


ENU MAINIGI
CRAIG D. SINGER
STEVEN M. PYSER
CHARLES L. MCCLOUD
PATRICK DEVER
CHRISTOPHER BALDACCI
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, D.C. 20024
(202) 434-5000

STEVEN A. ENGEL
MICHAEL COWIE
RANI HABASH
DECHERT LLP
1900 K Street N.W.
Washington, D.C. 20006
(202) 261-3481

*Counsel for Caremark Rx, L.L.C. and Zinc Health Services, LLC*

Respectfully submitted,

/s/ *Daniel S. Volchok*

DANIEL S. VOLCHOK
JENNIFER MILICI
PERRY A. LANGE
KEVIN M. LAMB
JOHN W. O'TOOLE
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
(202) 663-6000
daniel.volchok@wilmerhale.com

CHARLES F. RULE
DANIEL J. HOWLEY
DEREK W. MOORE
RULE GARZA HOWLEY LLP
901 Seventh Street N.W.
Suite 600
Washington, D.C. 20001
(202) 843-9280

*Counsel for Express Scripts, Inc.; Evernorth Health, Inc.; Ascent Health Services LLC; and Medco Health Services, Inc.*


MATTHEW S. ROZEN
GIBSON, DUNN & CRUTCHER LLP
1700 M Street N.W.
Washington, D.C. 20036
(202) 955-8500

*Counsel for OptumRx, Inc.; OptumRx Holdings, LLC; and Emisar Pharma Services LLC*

# CERTIFICATES OF COMPLIANCE AND SERVICE

This motion complies with Federal Rules of Appellate Procedure (FRAP) 27(d)(1)(E) and 32(a)(7)(B)(i) in that, according to the word-count function of the word-processing program used to create the motion (Microsoft Office Word), the motion contains 218 words, excluding the portions exempted from the count by FRAP 32(f).

On June 22, 2026, the motion was filed using the Court's CM/ECF system, which will effect service on all parties.

/s/ *Daniel S. Volchok*
DANIEL S. VOLCHOK