# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-1383

Express Scripts, Inc., et al.

Appellants

v.

Federal Trade Commission, et al.

Appellees

------------------------------

Americans for Prosperity Foundation

Amicus on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-01549-MTS)

---

## ORDER

The joint motion to hold appeal in abeyance is denied.

June 26, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler