# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

EXPRESS SCRIPTS, INC.; EVERNORTH HEALTH, INC.; ASCENT HEALTH SERVICES LLC; MEDCO HEALTH SERVICES, INC.; CAREMARK RX, L.L.C.; ZINC HEALTH SERVICES, LLC; OPTUMRX, INC.; OPTUMRX HOLDINGS, LLC; EMISAR PHARMA SERVICES LLC,

*Plaintiffs-Appellants*,

v.

FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON *in his official capacity as Commissioner and Chair of the United States Federal Trade Commission*; REBECCA KELLY SLAUGHTER *in her official capacity as Commissioner of the United States Federal Trade Commission;* ALVARO M. BEDOYA *in his official capacity as Commissioner of the United States Federal Trade Commission*; D. MICHAEL CHAPPELL *in his official capacity as Federal Trade Commission Chief Administrative Law Judge*,

*Defendants-Appellees*.

---

On Appeal from the United States District Court for the Eastern District of Missouri, No. 4:24-cv-01549-MTS, Honorable Matthew T. Schelp

---

## STIPULATION OF DISMISSAL OF APPEAL

---

| | |
|---|---|
| BRETT A. SHUMATE | DANIEL S. VOLCHOK |
| ASSISTANT ATTORNEY GENERAL | JENNIFER MILICI |
| DANIEL AGUILAR | PERRY A. LANGE |
| ASSISTANT DIRECTOR, APPELLATE STAFF | KEVIN M. LAMB |
| CIVIL DIVISION | JOHN W. O'TOOLE |
| U.S. DEPARTMENT OF JUSTICE | WILMER CUTLER PICKERING |
| 950 Pennsylvania Avenue N.W. |   HALE AND DORR LLP |
| Washington, D.C. 20530 | 2100 Pennsylvania Avenue N.W. |
| (202) 514-5432 | Washington, D.C. 20037 |
| Daniel.J.Aguilar@usdoj.gov | (202) 663-6000 |
| *Counsel for defendants-appellees* | daniel.volchok@wilmerhale.com |

*Counsel for Express Scripts, Inc.; Evernorth Health, Inc.; Ascent Health Services LLC; and Medco Health Services, Inc.*

June 29, 2026

---

ADDITIONAL COUNSEL LISTED IN CONCLUDING SIGNATURE BLOCKS

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties to this appeal have agreed to dismissal of the appeal and therefore file this signed stipulation of dismissal. Each party will bear its own costs, and no court fees are due. Accordingly, "the circuit clerk must dismiss [the] appeal." Fed. R. App. P. 42(b)(1).

June 29, 2026

/s/ *Daniel Aguilar*
BRETT A. SHUMATE
ASSISTANT ATTORNEY GENERAL
DANIEL AGUILAR
ASSISTANT DIRECTOR, APPELLATE STAFF
CIVIL DIVISION
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
(202) 514-5432
Daniel.J.Aguilar@usdoj.gov

*Counsel for defendants-appellees*

Respectfully submitted,

/s/ *Daniel S. Volchok*
DANIEL S. VOLCHOK
JENNIFER MILICI
PERRY A. LANGE
KEVIN M. LAMB
JOHN W. O'TOOLE
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
(202) 663-6000
daniel.volchok@wilmerhale.com

CHARLES F. RULE
DANIEL J. HOWLEY
DEREK W. MOORE
RULE GARZA HOWLEY LLP
901 Seventh Street N.W.
Suite 600
Washington, D.C. 20001
(202) 843-9280

*Counsel for Express Scripts, Inc.;*
*Evernorth Health, Inc.; Ascent Health*
*Services LLC; and Medco Health*
*Services, Inc.*

/s/ *Steven A. Engel*
ENU MAINIGI
CRAIG D. SINGER
STEVEN M. PYSER
CHARLES L. MCCLOUD
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, D.C. 20024
(202) 434-5000

STEVEN A. ENGEL
MICHAEL COWIE
RANI HABASH
DECHERT LLP
1900 K Street N.W.
Washington, D.C. 20006
(202) 261-3481

*Counsel for Caremark Rx, L.L.C.*
*and Zinc Health Services, LLC*

/s/ *Matthew S. Rozen*
MATTHEW S. ROZEN
GIBSON, DUNN & CRUTCHER LLP
1700 M Street N.W.
Washington, D.C. 20036
(202) 955-8500

*Counsel for OptumRx, Inc.;*
*OptumRx Holdings, LLC; and*
*Emisar Pharma Services LLC*

## CERTIFICATE OF SERVICE

On June 29, 2026, the motion was filed using the Court's CM/ECF system, which will effect service on all parties.

/s/ *Daniel S. Volchok*
DANIEL S. VOLCHOK